**Entered on Docket**
**May 21, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

In re

Evette F Minor,

Case No.: 10-11883
Chapter: 13

                  Debtor(s).        /

**ORDER GRANTING APPLICATION TO PAY**
**FILING FEE IN INSTALLMENTS**
_____

    The debtor(s) in the above captioned case having filed an application to pay the filing fee in installments, and good cause appearing therefor,

    IT IS ORDERED that the application is GRANTED, with the following provisions:

    1. Installment payment shall be received by the Clerk's Office on or before the scheduled due date as shown on the installment application. The Clerk will not send payment due notices or reminders.

    2. If an installment payment is not received by close of business on the day the payment is due, the case will be dismissed by the court without further notice.

    IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order upon the debtor(s), attorney for the debtor(s) (if any), the case trustee and the Office of the U.S. Trustee.

Dated: May 21, 2010

                                            Alan Jaroslovsky
                                            U.S. Bankruptcy Judge

Copy:

■ Mailed to debtor.         By: Katie Andersen, Deputy Clerk on May 21, 2010

Case: 10-11883   Doc# 12   Filed: 05/21/10   Entered: 05/21/10 16:54:35   Page 1 of 1