UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                                                    Case No.: 10-11883

Evette Minor ,                                                      Chapter: 13

                                  Debtor. /

**ORDER VACATING ORDER OF DISMISSAL**

The above captioned case was ordered dismissed on June 18, 2010, due to the debtor's failure to timely pay the second filing fee instalment, which was due on June 17, 2010. The second installment was paid on June 22, 2010. In lieu of the above,

IT IS ORDERED that the Order of Dismissal entered on June 18, 2010 is hereby vacated and the Clerk's Office shall give notice of this Order Vacating Order of Dismissal to all parties and creditors.

IT IS FURTHER ORDERED that the debtor shall timely pay the third and forth instalments and any future late payment will not be allowed.

Dated: June 23, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge