Evan Livingstone, SBN 252008
Attorney at Law
740 4th St, Ste 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                        Case No.    10-11883

Evette F Minor                                Chapter     13
      Debtor(s)
_____/

NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO VALUE LIEN AT $0

AND AVOID LIEN UPON DISCHARGE

TO SECURED JUNIOR LIENHOLDER BANK OF NEW YORK / GREEN TREE SERVICING, CHAPTER 13 TRUSTEE, AND ALL PARTIES IN INTEREST, AND TO THEIR ATTORNEYS OF RECORD:

    Take Notice – <u>this is a Scream or Die Procedure</u>. Debtor is giving you Notice that you have an Opportunity for a hearing on Debtor's attached motion to value the lien you hold on Debtor's real property at zero dollars ($0), and for an order that the Lien may not be enforced, and for an order permanently stripping the Lien from Debtor's real property should Debtor receive a Discharge upon completing her Chapter 13 plan payments.:

    This scream or die procedure is prescribed by Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California. Under this procedure <u>any objection to</u>

the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing of the notice;

A request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

If you do not file a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;

Debtor will give at least 10 days written notice of a hearing to the objecting or requesting party, and to the trustee appointed in the case, in the event an objection or request for hearing is timely.

Date: October 12, 2010

*Evan Livingstone*
_____
Evan Livingstone, Attorney for Debtor

Evan Livingstone, SBN 252008
Attorney at Law
740 4th St, Ste 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                                    Case No.    10-11883

Evette F Minor                                            Chapter     13
       Debtor(s)
_____/

I hereby certify that on October 12, 2010, a copy of above NOTICE OF OPPORTUNITY FOR HEARING ON MOTION FOR ORDER VALUING LIEN OF SECURED CREDITOR AS $0 as well as a copy of Debtor(s) MOTION TO VALUE LIEN OF SECURED CREDITOR AS $0 AND TO AVOID LIEN ON DISCHARGE, was served, to the Chapter 13 Trustee, electronically and to the creditor listed below by <u>certified mail addressed to an officer of the institution</u>.

       Keith Anderson, President
       Green Tree Servicing LLC
       7360 S. Kyrene Rd. Recovery Dept. T-120
       Tempe, AZ 85283

Date: October 12, 2010                    *Evan Livingstone*
                                             _____
                                             Evan Livingstone