Evan Livingstone, SBN 252008
ATTORNEY AT LAW
740 4th St. Suite 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-11883 |
| Evette F Minor | Chapter 13 |
| Debtor(s) | |

REQUEST FOR ENTRY OF DEFAULT ORDER GRANTING MOTION TO VALUE LIEN

OF BANK OF NEW YORK / GREE TREE AT $0 AND AVOID LIEN UPON DISCHARE

On October 12, 2010 Debtor filed a motion to value the lien of Bank of New York / Green Tree Servicing (hereinafter Lienholder) against the property commonly known as 1252 Poplar St, Santa Rosa, CA 95407, Sonoma County AP #037-161-010-000, which lien was recorded in the Sonoma County Recorder's Office on or about July 15, 2005 as document 2005102470 (hereinafter the Lien). Lienholder having failed to file timely opposition to Debtor's motion, Debtor requests that the court grant the attached proposed order by default.

Date: July 27, 2011         /s/Evan Livingstone
                            Evan Livingstone, Attorney for Debtor

10-11883 - Request for Entry of Default Order Granting Motion to Value Lien of Bank of New York / Gree Tree at $0 and Avoid Lien Upon Discharge – Page 1

Case: 10-11883    Doc# 50    Filed: 07/27/11    Entered: 07/27/11 15:58:31    Page 1 of 5

# DECLARATION OF EVAN LIVINGSTONE

I Evan Livingstone, attorney for debtor, declare under penalty of perjury that I have received neither opposition nor request for a hearing on debtor's motion.

Date: July 27, 2011   /s/Evan Livingstone
                      Evan Livingstone, Attorney for Debtor

10-11883 - Request for Entry of Default Order Granting Motion to Value Lien of Bank of New York / Gree Tree at $0 and Avoid Lien Upon Discharge – Page 2

Case: 10-11883   Doc# 50   Filed: 07/27/11   Entered: 07/27/11 15:58:31   Page 2 of 5

1  Evan Livingstone, SBN 252008
   ATTORNEY AT LAW
2  740 4th St. Suite 215
   Santa Rosa CA 95404
3  Phone: (707) 206-6570
   Fax: (707) 676-9112
4  Email: evanlivingstone@sbcglobal.net

5  Attorney for Debtors

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10   In re:                                    Case No.    10-11883

11   Evette F Minor                            Chapter     13
              Debtor(s)
12   _____/

13   PROPOSED ORDER GRANTING MOTION TO VALUE LIEN OF BANK OF NEW YORK /

14   GREEN TREE SERVICING AS $0 AND AVOID LIEN UPON DISCHARGE OF DEBTOR

15         On October 12, 2010 Debtor filed a motion to value the lien of Bank of New York /

16   Green Tree Servicing (hereinafter Lienholder) against the property commonly known as 1252

17   Poplar St, Santa Rosa, CA 95407, Sonoma County AP #037-161-010-000, which lien was

18   recorded in the Sonoma County Recorder's Office on or about July 15, 2005 as document

19   2005102470 (hereinafter the Lien).

20         The court finds that notice of the motion upon Lienholder was proper. Lienholder having

21   failed to file timely opposition to Debtor's motion, the court hereby orders as follows.

22         (1) For purposes of Debtor's chapter 13 plan only, the Lien of Bank of New York / Green

23   Tree Servicing is valued at zero, does not have a secured claim, and the Lien may not be

24   enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

** END OF ORDER **

10-11883 - Request for Entry of Default Order Granting Motion to Value Lien of Bank of New York / Gree Tree at $0 and Avoid Lien Upon Discharge – Page 4

Case: 10-11883    Doc# 50    Filed: 07/27/11    Entered: 07/27/11 15:58:31    Page 4 of 5

Evan Livingstone, SBN 252008
ATTORNEY AT LAW
740 4th St. Suite 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                                Case No.     10-11883

Evette F Minor                              Chapter     13
            Debtor(s)
_____/

CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2011, pursuant to BR Local Rule 9014-1(b)(4), a copy of above REQUEST FOR ENTRY OF DEFAULT ORDER GRANTING MOTION TO VALUE LIEN OF BANK OF NEW YORK / GREE TREE AT $0 AND AVOID LIEN UPON DISCHARE as well as a copy of Debtor(s) PROPOSED ORDER ON MOTION TO VALUE LIEN OF SECURED CREDITOR AS $0 AND AVOID LIEN ON DISCHARGE, was served, to the United States Trustee and the Chapter 13 Trustee, electronically and to the creditor listed below by first-class mail.

         Keith Anderson, President
         Green Tree Servicing LLC
         7360 S. Kyrene Rd. Recovery Dept. T-120
         Tempe, AZ 85283

Date: July 27, 2011                  /s/Evan Livingstone
                                          Evan Livingstone